UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BEVAN & ASSOCIATES, LPA, INC., et al., | Case No. 2:16-CV-746 |
| Plaintiff, | JUDGE ALGENON L. MARBLEY |
| vs. | MAGISTRATE KIMBERLY A. JOLSON |
| RICHARD MICHAEL DEWINE, et al., | |
| Defendants. | |

## STIPULATED ORDER

On October 10, 2019, Plaintiff's filed a Motion for Attorney's Fees. The parties have reached an agreement that Defendants will pay a total amount of $113,119.20 in full and complete satisfaction of Plaintiff's requested attorney fees. Pursuant to the parties' agreement, the Court Orders Defendant, Ohio Bureau of Workers' Compensation to pay $67,871.52 and Defendant, Industrial Commission of Ohio to pay $45,247.68 to Plaintiffs, Bevan & Associates in care of Kegler Brown Hill & Ritter.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ *Ralph A. Breitfeller*
Ralph A. Breitfeller (017579)
rbreitfeller@keglerbrown.com
Attorney for Plaintiffs

/s/*Eric J. Tarbox*
Eric J. Tarbox (0041459)
Eric.Tarbox@OhioAttorneyGeneral.gov
Attorney for Defendant,
Ohio Bureau of Worker's Compensation